UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN BURNHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>QUTOUTIAO INC., ERIC SILIANG TAN, LEI LI, JINGBO WANG, XIAOLU ZHU, SHAOQING JIANG, JIANFEI DONG, OLIVER YUCHENG CHEN, CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., CHINA MERCHANTS SECURITIES (HK) CO., LTD., UBS SECURITIES LLC, and KEYBANC CAPITAL MARKETS INC.,<br><br>      Defendants. | Case No. 1:20-cv-06707<br><br>Honorable Sidney H. Stein |
| HOWARD BROWN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>QUTOUTIAO INC., ERIC SILIANG TAN, LEI LI, JINGBO WANG, XIAOLU ZHU, SHAOQING JIANG, JIANFEI DONG, and OLIVER YUCHENG CHEN,<br><br>      Defendants. | Case No. 1:20-cv-07717 |

**ORDER GRANTING JOINT REQUEST TO MODIFY THE CAPTION FOR THE CONSOLIDATED ACTION**

  WHEREAS, on November 4, 2020 the Court issued an Order (ECF No. 22): (1) Consolidating the above-captioned related actions; (2) Appointing James Pappas as Lead Plaintiff; and (3) Approving his selection of Roche Cyrulnik Freedman LLP as Lead Counsel.

WHEREAS, on January 12, 2021, counsel for the Lead Plaintiff submitted a request to modify the caption for the consolidated action with the consent of Defendants' counsel.

AND NOW THIS 13th day of January 2021, the Court having considered the parties' request, IT IS HEREBY ORDERED THAT:

1. Pursuant to Fed. R. Civ. 42(a), *Burnham v. Qutoutiao, Inc. et al.*, No. 1:20-cv-06707, and *Brown v. Qutoutiao, Inc. et al.*, No. 1:20-cv-07717, are consolidated as:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re QUTOUTIAO, INC. SECURITIES LITIGATION | Master File No. 1:20-cv-06707<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | |

   a. The file in Case No. 1:20-cv-06707 shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the action, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

The Clerk shall amend the caption accordingly.

IT IS SO ORDERED.

Dated: New York, New York
       January 13, 2021

_____
The Honorable Sidney H. Stein
United States District Judge