UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

IN RE QUTOUTIAO, INC. SECURITIES     :     20-Cv-6707 (SHS)
LITIGATION,
                                     :
This Document Relates to: All Actions.
                                     :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      On December 14, 2021, this Court granted plaintiff's motion for leave for alternative service on certain defendants [Doc. No. 79]. On the same day, the Court stayed its order granting the motion for leave for alternative service until January 26, 2022 [Doc. No. 81] as to defendants Haitong International Securities Company Limited ("Haitong") and Lighthouse Capital International Inc. ("Lighthouse"), to allow those two defendants to respond to the motion. On January 5, 2022, defendants Haitong and Lighthouse filed their response to the motion [Doc. No. 84], and plaintiff replied on January 19, 2022 [Doc. No. 86]. After reviewing those submissions,

      IT IS HEREBY ORDERED that the stay of the Court's Order granting plaintiff leave for alternative service as to defendants Haitong and Lighthouse [Doc. No. 79] is vacated.

Dated: New York, New York
       January 31, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.