UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE QUTOUTIAO, INC. SECURITIES         :     20-Cv-6707 (SHS)
LITIGATION,
                                         :
This Document Relates to: All Actions.
                                         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that the Court will conduct oral argument on the motions to dismiss plaintiff's consolidated amended class action complaint filed by defendants Qutoutiao, Inc., Oliver Yucheng Chen and Underwriter Defendants. The argument will be held on June 29, 2023, at 10:30 a.m. in Courtroom 23A.

Dated: New York, New York
       June 15, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.