UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re QUTOUTIAO, INC. SECURITIES LITIGATION | Master File No.: 1:20-cv-06707 (SHS) |
| | ORDER |
| This Document Relates To : ALL ACTIONS. | |

NOTICE OF WITHDRAWAL OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Constantine P. Economides, Esq. hereby notifies the Court and all parties that he is no longer with the firm Freedman Normand Friedland LLP and involved in this matter and is therefore withdrawing as counsel of record.

NOTICE IS FURTHER GIVEN THAT no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Constantine P. Economides. All future CM/ECF notifications should remain directed towards the attorneys of record for Lead Plaintiff James Pappas.

Dated: July 18, 2023

Respectfully Submitted,

/s/ Constantine P. Economides
Constantine P. Economides
**Dynamis LLP**
1111 Brickell Ave., 10th Floor
Miami, FL 33131
(t) (305) 985-2959
(@) ceconomides@dynamisllp.com

The Clerk of Court shall terminate Mr. Economides' appearance in this matter.

Dated: New York, New York
       July 18, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.