UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| In re QUTOUTIAO, INC. SECURITIES LITIGATION | 20 **CIVIL** 6707 (SHS)<br>20 **CIVIL** 7717 (SHS) |

## JUDGMENT

------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 3, 2023, defendants' motions to dismiss the Consolidated Amended Class Action Complaint are granted in full. (And as further set forth herein). Accordingly, the cases are closed.

**Dated:** New York, New York

      August 3, 2023

 

**RUBY J. KRAJICK**
Clerk of Court

**BY:** _____
       **Deputy Clerk**