UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re QUTOUTIAO, INC. SECURITIES LITIGATION | Master File No.: 1:20-cv-06707 (SHS) |
| This Document Relates To : <br><br> ALL ACTIONS. | |

## NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff James Pappas, individually and on behalf of all others similarly situated, appeal to the United States Court of Appeals for the Second Circuit from: (i) the Opinion and Order on the Motions to Dismiss Consolidated Amended Class Action Complaint, dated August 8, 2023 (ECF No. 108), which granted the Motion to Dismiss Plaintiff's Consolidated Amended Class Action Complaint filed by Defendants Qutoutiao Inc. and Oliver Yucheng Chen (ECF No. 49) and the Motion to Dismiss Consolidated Amended Class Action Complaint. filed by Defendants Deutsche Bank Securities Inc., China Merchants Securities (HK) Co., Ltd., Citigroup Global Markets Inc., UBS Securities LLC, Jefferies Group LLC, and KeyBanc Capital Markets Inc. (ECF No. 53); and (ii) the Final Judgment (ECF No. 109). Lead Plaintiff files this appeal against all Defendants.

DATED: September 1, 2023

Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Ivy T. Ngo*
Ivy T. Ngo *(admitted pro hac vice)*

Velvel (Devin) Freedman
Richard Cipolla
99 Park Avenue, Suite 1910
New York, New York 10016
(T): (646) 350-0527
(F): (646) 392-8842
Email: ingo@fnf.law
vel@fnf.law
rcipolla@fnf.law

*Counsel for Lead Plaintiff James Pappas and Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I certify that on September 1, 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Ivy T. Ngo*
Ivy T. Ngo