```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2025
```

IN RE QUTOUTIAO, INC. SECURITIES LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS.

20 Civ. 6707 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Plaintiffs' letter dated July 16, 2025, informing the Court that the parties have completed the pre-motion letter exchange regarding Plaintiffs' anticipated motion to substitute Lead Plaintiff and have failed to resolve the issue without resorting to motion practice. (See Dkt. No. 133; see also Dkt. Nos. 130, 132.) Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to substitute lead plaintiff and rule on the basis of those letters, or whether the parties request supplemental or full briefing. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:     17 July 2025
           New York, New York

                                                      Victor Marrero
                                                      U.S.D.J.