USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE QUTOUTIAO, INC. SECURITIES LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

**20 Cv. 6707 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of a November 19, 2026 Notice of Voluntary Dismissal filed by Lead Plaintiff Rosemary Korines, as Executor of the Estate of James Pappas, ("Lead Plaintiff"). (See Dkt. No. 146.) Lead Plaintiff requests that only claims as to Defendants CLSA Limited, Haitong International Securities Company Limited, and Lighthouse Capital International Inc. be dismissed. (See id. ¶¶ 1, 3.) However, Lead Plaintiff also requests that "no claim remain[] pending against any party" and that the Court direct the Clerk of Court to close the case. (See id. ¶ 5.)

The Court directs Lead Plaintiff to cure this inconsistency and refile the Notice of Voluntary Dismissal.

**SO ORDERED.**

Dated: 23 November 2026
New York, New York

Victor Marrero
U.S.D.J.